UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| BRANDON TEGTMEIER, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PJ IOWA, L.C.,<br><br>Defendant. | Case No.: 3:15-cv-00110-JEG-HCA |

**CONSENT MOTION FOR SHORT CONTINUANCE
OF SCHEDULING CONFERENCE**

Comes now Plaintiff, by attorneys, and respectfully moves the Court to continue the scheduling conference set for 10:00 a.m. on December 16, 2015. As grounds for said motion, Plaintiff states:

1. Plaintiffs' lead attorneys, Mark Potashnick and Eli Karsh, are scheduled to participate in a mediation in St. Louis, Missouri on December 16, 2015.

2. Only a short continuance is needed, and this request is not imposed for delay or other improper reason.

3. Both sides are available for the scheduling conference on either December 18, 21, 28 or 29, 2015.

4. After being advised of this request, defense counsel has expressed no objection.

WHEREFORE, Plaintiff prays this Court for a short continuance of the scheduling conference presently set for 10:00 a.m. on December 16, 2015.

        Respectfully submitted,
Bruce H. Stoltze AT 0007521
STOLTZE & UPDEGRAFF, P.L.C.
300 Walnut Street, Suite 260
Des Moines, Iowa 50309
Telephone: 515-244-1473
Fax: 515-244-3930
Email: bruce.stoltze@stoltzelaw.com

By: _____/s/ Mark Potashnick_____
Mark A. Potashnick (*pro hac vice forthcoming*)
WEINHAUS & POTASHNICK
11500 Olive Blvd., Suite 133
St. Louis, Missouri 63141
Telephone: (314) 997-9150
Facsimile: (314) 997-9170
Email: markp@wpattorneys.com

Eli Karsh (*pro hac vice forthcoming*)
LIBERMAN, GOLDSTEIN & KARSH
230 South Bemiston Ave., Suite 1200
Clayton, Missouri 63105
Telephone: (314) 862-3333 Ext 13
Facsimile: (314) 862-0605
Email: elikarsh@aol.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

    A true and correct copy of the foregoing was served upon all counsel of record via the Court's electronic case filing system on the date reflected in the Court's electronic case filing records.

        _____/s/ Mark Potashnick_____