IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| BRANDON TEGTMEIER, on behalf of himself and others similarly situated, | 3:15-cv-00110-JEG-HCA |
| Plaintiff(s), | |
| vs. | |
| PJ IOWA, INC., L.C., | SCHEDULING ORDER |
| Defendant(s). | |

A scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on December 21, 2015.

Based on the discussions during the conference and the parties' proposed schedule, it is hereby

ordered:

1.     Initial Disclosures shall be made by **January 11, 2016**.

2.     Motions to add parties shall be filed by **February 16, 2016**.

3.     Motions for leave to amend pleadings shall be filed by **February 16, 2016**.

4.     Phase I Discovery relating to conditional/class certification and plaintiff's individual claims is currently being undertaken.

5.     Subject to review of cases which counsel will submit by e-mail to the Cout, the deadlines for motion for conditional certification of an FLSA collection action and/or for class action certification under Rule 23 will be set by subsequent order.

6.     Supplemental scheduling conference is set for **January 28, 2016 at 9:30 AM**. Counsel should call 1-866-390-1828 and enter access code 1176783 at the prompt to be joined with the call.

IT IS SO ORDERED.

Dated December 21, 2015.

_____
HELEN C. ADAMS
UNITED STATES MAGISTRATE JUDGE