UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| BRANDON TEGTMEIER, on behalf of himself and others similarly situated,<br><br>                    Plaintiff,<br>   v.<br><br>PJ IOWA, L.C.,<br><br>                    Defendant. | Case No. 3:15-cv-00110-JEG-HCA<br><br>**JOINT NOTICE OF SETTLEMENT** |

Come now the parties jointly, by their respective counsel, and notify the Court that they settled the claims asserted in this action.  The parties further inform the Court that they will work diligently to prepare formal settlement documentation and they intend to file a motion for settlement approval within 30 days.

| | |
|---|---|
| Jill R. Jensen-Welch, AT0003875<br>Bryan P. O'Neill, AT0011024<br>DICKINSON, MACKAMAN, TYLER & HAGEN, P.C.<br>699 Walnut Street, Suite 1600<br>Des Moines, Iowa  50309-3986<br>Telephone:  (515) 244-2600<br>FAX:  (515) 246-4550<br>jjensen@dickinsonlaw.com<br>boneill@dickinsonlaw.com<br><br>/s/ Jennifer K. Oldvader<br>Patrick F. Hulla, *pro hac vice*<br>Jennifer K. Oldvader, *pro hac vice*<br>OGLETREE, DEAKINS, NASH,  SMOAK & STEWART, P.C.<br>4520 Main Street, Suite 400<br>Kansas City, MO 64111<br>Telephone: 816.471.1301<br>Facsimile: 816.471.1303<br>patrick.hulla@ogletreedeakins.com<br>jennifer.oldvader@ogletreedeakins.com<br>**ATTORNEYS FOR DEFENDANT** | Bruce H. Stoltze<br>STOLTZE & UPDEGRAFF, P.L.C.<br>300 Walnut Street, Suite 260<br>Des Moines, Iowa 50309<br>Bruce.stoltze@stoltzelaw.com<br><br> /s/ Mark Potashnick<br>Mark A. Potashnick<br>WEINHAUS & POTASHNICK<br>11500 Olive Blvd., Suite 133<br>St. Louis, MO 63141<br>markp@wpattorneys.com<br><br>Eli Karsh<br>LIBERMAN, GOLDSTEIN & KARSH<br>230 South Bemiston Ave., Suite 1200<br>Clayton, Missouri 63105<br>elikarsh@aol.com<br><br>**ATTORNEYS FOR PLAINTIFF** |

1