# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

## CLERK'S COURT MINUTES

PRESIDING:    HONORABLE JAMES E. GRITZNER
Case No. 3:15-cv-00110                    : Court Reporter: Terri Martin
                                          : Interpreter:
                                          : Civil Matters Video Recorded: ☐

Plaintiff(s)                              : Defendant(s)

BRANDON TEGTMEIER, on behalf of           : PJ IOWA, L.C.
himself and others similarly situated

Plaintiff(s) Counsel: Mark Alan Potashnick, Bruce H. Stoltze

Defendant(s) Counsel: Jill R. Jensen-Welch, Bryan Patrick O'Neill, Jennifer K. Oldvader

Issues before the Court: Hearing on [122] Notice of Withdrawing Consent of Billy Frazier IV
Motion(s) for Ruling:                               Ruling    /    Ruling Reserved

Frazier Motion to Withdraw                                      : Reserved

Proceedings:
Counsel present argument on motion: 9:59-10:10. Ct. takes matters under consideration.

Time Start: 9:59 a.m.
Time End: 10:10 a.m.                    /s Matt McGuire (Law Clerk)
Date: 7/20/2017                            Deputy Clerk