IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| BRANDON TEGTMEIER, on behalf of himself and others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>PJ Iowa, L.C.<br><br>      Defendant. | No. 3:15-cv-00110 - JEG<br><br><br>**ORDER** |

This matter is before the Court on an oral motion for leave to withdraw as a party plaintiff, by Billy Frazier IV (Frazier).  On September 21, 2016, this Court granted a motion by Brandon Tegtmeier (Tegtmeier), the named plaintiff in this action against PJ Iowa, L.C. (PJ Iowa), to conditionally certify a collective action pursuant to the Fair Labor Standards Act (FLSA), 29 U.S.C. § 216(b).  ECF No. 57.  This collective action covered Counts II and III of Tegtmeier's complaint; it did not cover every claim pled by Tegtmeier.  On October 10, 2016, Frazier filed a notice of consent to join the collective action, pursuant to which Frazier agreed to be represented by Tegtmeier's counsel.  ECF No. 66.

Frazier later filed a separate lawsuit against PJ Iowa in Iowa state court, demanding relief under the FLSA and Iowa law for unpaid wages based on the performance of non-tipped labor by tipped employees.  Frazier v. PJ Iowa, L.C., 4:17-cv-00160-JEG (S.D. Iowa May 5, 2017), ECF No. 1.  These claims were similar to Count I of Tegtmeier's complaint in this action, which was not conditionally certified as a collective action.  See id.  PJ Iowa removed the case to this Court and moved to dismiss Frazier's claims on May 19, 2017, arguing that Frazier could not maintain a separate action against PJ Iowa because Frazier had already joined the Tegtmeier action.  Frazier,

4:17-cv-00160, ECF No. 5.  Frazier then filed a "Notice of Withdrawal of Consent to Become Party Plaintiff" in this action on May 30, 2017.  ECF No. 122.  PJ Iowa objected to this Notice as procedurally improper.  ECF No. 129.  On June 16, 2017, the parties in this action    PJ Iowa and Tegtmeier, the latter representing the opt-in plaintiffs    filed a notice of settlement, and on July 19, 2017, the parties filed a joint motion to approve the settlement agreement.  ECF Nos. 130, 135.

A hearing was held on the matter of Frazier's withdrawal on July 20, 2017.  Attorney Harley C. Erbe, who represents Frazier in his separate action against PJ Iowa, appeared on behalf of Frazier, attorneys Mark Alan Potashnick and Bruce H. Stoltze appeared for Brandon Tegtmeier and the opt-in plaintiffs, and Jennifer K. Oldvader and Bryan P. O'Neill appeared for PJ Iowa.  The matter is fully submitted and ready for disposition.

As PJ Iowa has noted, a person who consents to join a FLSA collective action becomes a party plaintiff.  See 29 U.S.C. § 216(b).  Pursuant to Federal Rule of Civil Procedure 41, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."  Fed. R. Civ. P. 41(a)(2).  Frazier has indicated that he wishes to pursue, on a collective and class action basis, certain minimum-wage claims against PJ Iowa that were not litigated on a collective action basis by Tegtmeier.  By withdrawing from this action before the Court approves the settlement negotiated by the parties, Frazier would ensure that his claims against PJ Iowa are brought together in a single action.  At the hearing held on July 20, Frazier clarified that he intends to withdraw completely from the Tegtmeier action, including foregoing any benefits from the settlement.  Other courts have allowed opt-in collective action members to withdraw from the action to which they have opted in prior to the final approval of settlement agreements.  E.g., In re Am. Family Mut. Ins. Co. Overtime Pay Litig., No. 06-cv-17430-WYD-CBS, 2010 WL 9593857

(D. Colo. Dec. 14, 2010) (dismissing without prejudice the claims of two collective action members who filed withdrawals of their consent to join the collective actions).

The Court finds that Frazier may withdraw his claims in this action and proceed entirely with his claims against PJ Iowa in Case No. 4:17-cv-00160.  Thus, Frazier's oral motion for leave to withdraw from this <u>Tegtmeier</u> action, No. 3:15-cv-00110, is **granted**, and any claims made by Frazier in this <u>Tegtmeier</u> action are **dismissed without prejudice**.


**IT IS SO ORDERED.**

Dated this 20th day of July, 2017.



JAMES E. GRITZNER, Senior Judge
U.S. DISTRICT COURT